# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2236 | **DATE** | 4/29/2008 |
| **CASE TITLE** | USA vs. Aris Santiago | | |

**DOCKET ENTRY TEXT**

Petitioner Aris Santiago has not provided sufficient copies of his motion, brief and affidavit to the court. There was no service copy nor judge's copy included with the material that was filed. Petitioner Aris Santiago is directed to provide two more copies of his motion, brief and affidavit.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | MD |