UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CV 2236 |
| v. | ) | |
| | ) | Judge Joan Humphrey Lefkow |
| ARIS SANTIAGO | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

                                        Respectfully submitted,
                                        PATRICK J. FITZGERALD
                                        United States Attorney

By:    /s/ Erik A. Hogstrom
           Erik A. Hogstrom
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-5300

## CERTIFICATE OF SERVICE

I, Erik A. Hogstrom, an Assistant United States Attorney, hereby certify that I have caused a copy of the foregoing Attorney Designation to be served upon Petitioner-Defendant at the following address:

>Aris Santiago
>#18854-424
>USP Marion
>P.O. Box 1000
>Marion, IL 62959

by placing said copy in the United States mail in a first-class, postage-paid envelope on May 1, 2008.

>　　　/s/ Erik A. Hogstrom
>Erik A. Hogstrom
>Assistant United States Attorney