## United States District Court for the Northern District of Illinois

Case Number: _08 C 2236_   Assigned/Issued   By: _aaw_

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $455.00

No. Service copies _1 of MO. to vacate, opening brief and affidavit_   Date: _5-6-08_
*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons   ☐ Alias Summons

☐ Third Party Summons   ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets   _____

☐ Writ   (name of victim, who it's against and $ amount)
_____ (Type of Writ)

Original and _____ copies on _____ as to _____
                              (Date)

C:\wpwin80\docket\feeinfo.frm   04/10/06