IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ARIS SANTIAGO )
  Movant )
 )
 )   08cv2236
 )   Case No. 06-CR-514-1
v. )
 )
 )   08cv2236
 )   JUDGE JOAN H. LEFKOW
UNITED STATES OF AMERICA )   MAGISTRATE JUDGE VALDEZ
  Respondant )



FILED
AUG 12 2008
AUG 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION TO ENTER UNREBUTTED
### STIPULATED FACTS AS EVIDENCE

COMES NOW, ARIS SANTIAGO, Acting pro se, Moving and respectfuly requests this Honorable Court to enter into evidence facts stipulated between the parties by way of failure to rebutt Movant's Affidavit of Truth in support of his motion pursuant to 28. § 2255 mentioned in the above action and will move as follows:

Not withstanding the fact that the Movant currently has a motion pursuant to 28 U.S.C. § 2255 currently filed he respectfully requests that this Honorable Court take Judicial Notice that;

1. The Movant has Served the Respondant a copy of such motion along with an AFFIDAVIT OF TRUTH in support of said motion and;

2. said Affidavit has not been rebutted "point-for-point" regaurding the Claims set forth inside of said affidavit to that of which are relevant to the Respondant resulting in the Respondance Default and Aquiescence to the allegations (See- Attachment A, No.'s 5-9 in Movant's Affidavit of Truth);

3. Thus Movant Respectfully requests that this Honorable Court to take into evidence said Affidavit as truth and rule in the above nammed action in his favor.

"An unrebutted Affidavit stands as truth"
Respectfully Submitted,

ARIS SANTIAGO
18854-424
USP MARION
P.O. Box 1000
Marion, IL. 62959

1.

## CERTIFICATE OF SERVICE

I Certify that I did, on this 29 day of July 2008, mail a true, correct, and complete copy of Movant's MOTION TO ENTER STIPULATED FACTS AS EVIDENCE to the Respondant by placing it in the U.S. Mail, postage pre-paid, and addressed as follows:

Erik A. Hogstrom
AUSA
219 South Dearborn
U.S. Courthouse-5th Floor
Chicago, IL. 60604

_____
Movant
ARIS SANTIAGO
18954-424
USP MARION
P.O. Box 1000
Marion, IL. 62959

## AKNOWLEDGMENT

Witnessed by my hand on this 29th day of July 2008, the undersigned Notary public, That the above named appeared before me who's signature appears within the instrument and aknowleged to me that he executed it.

Seal;  _____

Official Seal
Melissa J Lewis
Notary Public State of Illinois
My Commission Expires 09/24/2011